1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7

8   DANIEL PEREZ,                          No. C 06-2227 SI (pr)

9             Plaintiff,                   **ORDER DENYING MOTION TO**
                                           **ALTER OR AMEND JUDGMENT**
10       v.

11  CHARLES COX; et al.,

12            Defendants.
                                        /
13  _____

14       Plaintiff has filed a motion to alter or amend the judgment in which he argues that the

15  court misunderstood the actual injury requirement for a denial of access to the courts claim as

16  discussed in Lewis v. Casey, 518 U.S. 343 (1996). The court did not err in dismissing this action

17  because plaintiff had suffered no actual injury.  The motion to alter or amend the judgment

18  therefore is DENIED.  (Docket # 6.)

19       IT IS SO ORDERED.

20  Dated:  August 4, 2006

21                                         SUSAN ILLSTON
                                           United States District Judge
22

23

24

25

26

27

28

United States District Court
For the Northern District of California